FILE NO. 38,910-S
Richard B. Stone, Esq. (279781972)
STONE MANDIA, LLC
685 Neptune Boulevard
PO Box 846
Neptune, New Jersey 07754-0846
(732)531-4300
Attorneys for Defendants/Counterclaimants, Xuguang Wang a/k/a Jason Wang, Yifen Bao, Zoe Wang, Sunwoo Trade Inc. and 506 Piermont Avenue Holding Corp.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHUZHONG BAO, BIBO ZENG, | Case No.: 7:19-cv-8062 |
| Plaintiffs, | Civil Action |
| v. | **RULE 7.1 DISCLOSURE STATEMENT** |
| XUGUANG WANG a/k/a JASON WANG, YIFEN BAO, ZOE WANG, SUNWOO TRADE INC. and 506 PIERMONT AVENUE HOLDING CORP., | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for 506 Piermont Avenue Holding Corp. (a private non-governmental party) certifies that there is no parent corporation or publicly-held corporation that owns more than 10% of its stock.

STONE MANDIA, LLC
Attorneys for Defendants, Xuguang Wang a/k/a Jason Wang, Yifen Bao, Zoe Wang, Sunwoo Trade Inc. and 506 Piermont Avenue Holding Corp.

Dated: November 14, 2019     By:   /S/ Richard B. Stone
                                    RICHARD B. STONE, ESQ.