# STONEMANDIA, L.L.C.

MEMO ENDORSED

## Attorneys at Law

RICHARD B. STONE*
FRANK J. MANDIA, JR.

HELEN B. ROSNER
JASON C. MANDIA*

*MEMBER OF NJ AND NY BARS
^MEMBER OF NJ AND FL BARS

685 NEPTUNE BOULEVARD
P.O. BOX 846
NEPTUNE, NEW JERSEY 07754-0846

February 4, 2020

AREA CODE 732
TEL. 531-4300 / 774-0800
FAX  531-4305 / 775-7637

OF COUNSEL
EDWARD R. MCGLYNN*
RICHARD A. NOCKS
JASON MICHAEL ROSS^
ELANA G. TAWIL

SIDNEY J. MEISTRICH
(1937-1995)

*Via E-File*
The Honorable Kenneth M. Karas, U.S.D.J.
Federal Building and US Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

RE: **XUGUANG WANG, A/K/A JASON WANG, YIFEN BAO, ZOE WANG, SUNWOO TRADE INC. AND 506 PIERMONT AVENUE HOLDING GROUP ADV. SHUZHONG BAO AND BIBO ZENG**
**CIVIL ACTION NO. 7:19-CV-08062**
**OUR FILE NO: 38,910-S**

Dear Judge Karas:

Please be advised that I represent the defendants, Xuguang Wang, Yifen Bao, Zoe Wang, Sunwoo Trade Inc. and 506 Piermont Avenue Holding Inc. in regard to the above matter that is scheduled for a Rule (16) Conference before Your Honor on Monday, February 24, 2020. I wish to advise that I have a conflict on that date. I am starting a trial in Middlesex County Superior Court of New Jersey in the matter of Margarat Tangas v. Morris Cranbury Associates, LLC, bearing Docket No. MID-L-4527-16 before the Honorable Patrick Bradshaw, J.S.C.

Accordingly, please accept this correspondence as a request to adjourn the matter until March 9, 2020. My adversary has consented to this request for adjournment.

I await Your Honor's advice and remain . . .

Respectfully yours,
STONE MANDIA, LLC

/s/ Richard B. Stone

RICHARD B. STONE

RBS/lh
Cc: Curt Donald Schmidt, Esq.
    Client

*Handwritten endorsement:* Granted. The 2/24/20 conference is moved to 3/9/20, at 2:30. So Ordered. /s/ KMK 2/4/20