# StoneMandia, L.L.C.
## *Attorneys at Law*

RICHARD B. STONE*
FRANK J. MANDIA, JR.

HELEN B. ROSNER
JASON C. MANDIA*

*MEMBER OF NJ AND NY BARS
^MEMBER OF NJ AND FL BARS

685 NEPTUNE BOULEVARD
P.O. BOX 846
NEPTUNE, NEW JERSEY 07754-0846

**MEMO ENDORSED**

AREA CODE 732
TEL. 531-4300 / 774-0800
FAX 531-4305 / 775-7637

OF COUNSEL
EDWARD R. MCGLYNN*
RICHARD A. NOCKS
JASON MICHAEL ROSS^
ELANA G. TAWIL

SIDNEY J. MEISTRICH
(1937-1995)

March 5, 2020

**Via E-Filing**
The Honorable Kenneth M. Karas, U.S.D.J.
Federal Building and US Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

> RE: XUGUANG WANG, A/K/A JASON WANG, YIFEN BAO, ZOE WANG, SUNWOO TRADE INC. AND 506 PIERMONT AVENUE HOLDING GROUP ADV. SHUZHONG BAO AND BIBO ZENG
> CIVIL ACTION NO. 7:19-CV-08062
> OUR FILE NO: 38,910-S

Dear Judge Karas:

Please be advised that I represent Defendants Xuguang Wang, Yifen Bao, Zoe Wang, Sunwoo Trade Inc. and 506 Piermont Avenue Holding Inc. in regard to the above matter, which is scheduled for an initial conference on **Monday, March 9, 2020 at 2:30 p.m.**

Although reluctant to make this request, but due to the recent epidemic in Westchester County, I respectfully request to participate via telephone. My adversary has consented to this request.

Thanking you for Your Honor's kind courtesies in this matter and awaiting your response, I remain,

Respectfully yours,
STONE MANDIA, LLC

RICHARD B. STONE

*[Handwritten endorsement:]* Granted. So Ordered. KMK 3/5/20

RBS/cv
cc: Curt Donald Schmidt, Esq. (Via E-Filing)