UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

SHUZHONG BAO,
BIBO ZENG,

          *Plaintiffs,*

- against-

XUGUANG WANG a/k/a JASON WANG,
YIFEN BAO,
ZOE WANG,
SUNWOO TRADE INC. and
506 PIERMONT AVENUE HOLDING CORP.,

          *Defendants.*

_____

Case No.: 7:19-cv-8062

NOTICE OF MOTION
FOR RESTRAINT AND ATTACHMENT
ON ASSETS

> Motion denied without prejudice for failure to comply with Rules 2(C) and 4(F) of the Court's Individual Practices dated May 25, 2021.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             June 15, 2021

PLEASE TAKE NOTICE that on July 01, thereafter as they may be heard, Plaintiffs Shuzhong Bao and Bibo Zeng, through their undersigned attorney, will move this Honorable Court to issue a Temporary Restraining Order ("TRO") and Preliminary Injunction ("PI") to prevent the transfer or dissipation of specified real property assets of the Defendants Xuguang Wang aka Jason Wang, Yifen Bao, Zoe Wang, Sunwoo Trade Inc. and 506 Piermont Avenue Holding Corp. on the basis of equitable relief; or alternatively Plaintiffs as named above will move for a restraining of Defendant's assets under New York Civil Practice Law and Rules ("CPLR") § 5229, and an order of attachment under CPLR § 6201.

## BACKGROUND

1. The Plaintiffs, Shushong Bao and Bibo Zeng, are individuals residing in Rockland County,