# STONEMANDIA, L.L.C.

## *Attorneys at Law*

RICHARD B. STONE*
FRANK J. MANDIA, JR.
JASON C. MANDIA*

HELEN B. ROSNER

*MEMBER OF NJ AND NY BARS
^MEMBER OF NJ AND FL BARS

685 NEPTUNE BOULEVARD
P.O. BOX 846
NEPTUNE, NEW JERSEY 07754-0846

AREA CODE 732
TEL. 531-4300 / 774-0800
FAX  531-4305 / 775-7637

OF COUNSEL
EDWARD R. MCGLYNN*
RICHARD A. NOCKS
MARK A. STEINBERG
JASON MICHAEL ROSS^

SIDNEY J. MEISTRICH

(1937-1995)

March 10, 2022

**Via E-Filing & E-mail**
Magistrate Judge Andrew E. Krause
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

> RE: **SHUZHONG BAO AND BIBO ZENG vs. XUGUANG WANG, A/K/A JASON WANG, YIFEN BAO, ZOE WANG, SUNWOO TRADE INC. AND 506 PIERMONT AVENUE HOLDING GROUP CIVIL ACTION NO. 7:19-CV-08062**

Dear Judge Krause:

As a follow up to our pre-trial conference of March 9, 2022, I write to supply the following. I have compared the exhibit list of Plaintiffs to the Defendants' exhibit list. As best as I can establish, the following exhibits included for identification are identical.

| Plaintiffs' Exhibit Identification | Defendants' Exhibit Identification |
|---|---|
| P | N-2 |
| Q | Z |
| B,C,D,E,F,G | BB |
| S | CC |
| T | FF |
| A | GG |
| U | HH |
| L | JJ-2 |
| M | JJ-3 |

Further, Defendants may object on the basis of hearsay to Plaintiffs' exhibits H, K, and V. Defendants reserve the right to preserve these and other objections depending upon Plaintiffs' purpose of including items as evidence to be considered by the Court.

Thanking your Honor for all courtesies extended, I remain…

                                              Respectfully yours,
                                              STONE MANDIA, LLC

                                              RICHARD B. STONE

RBS/kad
Enclosures
cc:    Li Han, Esq. (Via E-Filing)
       Curt Donald Schmidt, Esq. (Via E-Filing)
       Client (Via E-mail Only)