## Defendants' Amended Exhibit List

| Exhibit | Description | Evidence | Objection |
|---|---|---|---|
| Δ - A 1 | Shuzhong Bao's Resume | | |
| Δ - A 2 | Certificate of Law Degree | | |
| Δ - B | Letter of October 24, 2016 to USCIS | | |
| Δ - C | Restaurant Management Agreement | | |
| Δ - D | Shanghai Speed Enterprise Management Co., Ltd. Culture Statement | | |
| Δ - E | Stock Certificate -Shuzhong Bao (190,000 Shares) | | |
| Δ - F | Shuzhong Bao's 2018 W-2 | | |
| Δ - G | Shuzhong Bao's 2019 W-2 | | |
| Δ - H | Shanghai Donghai Law Firm Attestation | | |
| Δ - I | Wang Stock Certificate Shanghai Speed (510,000 Shares) | | |
| Δ - J | Business License – Shanghai Speed Enterprise Management Co., Ltd | | |
| Δ - K | Stock Certificate - Sunwoo Management, Inc. | | |
| Δ - L | Certificate of Incorporation of Sunwoo Trade, Inc. | | |
| Δ - M | Explanation of the Corporate Relationship Between Shanghai Speed and Sunwoo | | |
| Δ - N 1 | Contract of Sale – 506 Piermont Avenue, Piermont, New York 10968 | | |
| Δ - N 2 | Bank Loan Closing Documents – 506 Piermont Avenue | | |
| Δ - O | Articles of Association - Shanghai Speed Enterprise Management Co., Ltd | | |
| Δ - P 1 | Stock Certificate – Jason Wang (510,000 Shares) | | |
| Δ - P 2 | Stock Certificate -Shuzhong Bao (190,000 Shares) | | |
| Δ - P 3 | Letter of Appointment – Shuzhong Bao | | |
| Δ - P 4 | Letter of Attestation (Shanghai Donghai Law Firm): Jason Wang 51% & Shuzhong Bao 19% | | |
| Δ - Q | Shanghai Speed Enterprise Management Co., Ltd – Organization Chart | | |
| Δ - R 1 | Zeng Guibao, Shuzhong Bao's Partner at Shanghai Speed Enterprise Management Co., Ltd | | |
| Δ - R 2 | Management Decision of Shanghai Speed Enterprises Management Co., Ltd. on Shuzhong Bao | | |
| Δ - S | Company Calendar | | |

| | | | |
|---|---|---|---|
| Δ - T 1 | Sunwoo Management, Inc. – IRS (EIN) | | |
| Δ - T 2 | Sunwoo Trade, Inc. – IRS (EIN) | | |
| Δ - U 1 | Certificate of Incorporation (Profit) - Sunwoo Management, Inc. | | |
| Δ - U 2 | Bylaws of Sunwoo Management, Inc. | | |
| Δ - V | Sunwoo Management, Inc. Organizational Chart | | |
| Δ - W | Chart of Affiliated Entities | | |
| Δ - X | Certificate of Incorporation – 506 Piermont Avenue Holding Corp. | | |
| Δ - Y | Photographs of Shanghai Speed | | |
| Δ - Z | Rockland County Department of Health - Permit | | |
| Δ - AA | Payroll Summary – Sunwoo Management, Inc. | | |
| Δ - BB | Affidavits Regarding Investment Fund | | |
| Δ - CC | Residential Lease – Shuzhong Bao | | |
| Δ - DD | Residential Lease – Julia Kushnir | | |
| Δ - EE | Residential Lease – Dalva DaSilva | | |
| Δ - FF | Transcript of Taped Telephone Conversations – September 11, 2019 | | |
| Δ - GG | Transcript of Taped Telephone Conversations – September 14, 2016 | | |
| Δ - HH | Transcript of Taped Telephone Conversations – August 18, 2019 | | |
| Δ - II | Closing documents regarding property located in the State of Washington | | |
| Δ - JJ 1 | Borrowing Agreement - $270,000.00 | | |
| Δ - JJ 2 | Borrowing Agreement - $600,000.00 | | |
| Δ - JJ 3 | Receipt - $600,000.00 | | |
| Δ - KK 1 | 2014 Consulting Service Contract – Shanghai Speed Enterprise Management Co., Ltd. | | |
| Δ - KK 2 | Certificate of Honor | | |
| Δ - LL | Certificate of Personal Finance Practice Qualification – Shuzhong Bao | | |
| Δ - MM | Plaintiffs' Verified Complaint | | |
| Δ - NN | Photographs of 506 Piermont Avenue Restaurants and Apartments | | |
| Δ - OO | Statement of New York State Department of Taxation and Finance | | |