**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHUZHONG BAO and BIBO ZENG,

                       Plaintiffs,

     -against-                                     19 **CIVIL** 8062 (AEK)

                                                                    **<u>JUDGMENT</u>**

XUGUANG WANG, also known as JASON
WANG, YIFEN BAO, ZOE WANG, SUNWOO
TRADE INC., and 506 PIERMONT AVENUE
HOLDING CORP.,

                       Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 22, 2023, the Court finds that Plaintiffs have failed to prove, by a preponderance of the evidence, that Defendants are liable on any of Plaintiffs' claims asserted in this action. The Court further finds that Defendants have failed to prove, by a preponderance of the evidence, that Plaintiffs are liable on any of Defendants' counterclaims asserted in this action. Judgment is entered in favor of Defendants on all of Plaintiffs' claims and in favor of Plaintiffs on all of Defendants' counterclaims; accordingly, the case is closed.

**Dated:**  New York, New York

          March 22, 2023

                                                                           **RUBY J. KRAJICK**

                                                                           _____
                                                                             **Clerk of Court**

                                                     **BY:**     *K. Mango*

                                                                           _____
                                                                             **Deputy Clerk**